# STATEMENT OF FACTS

On or about February 3, 2019, while in the 1800 block of Morris Road, S.E, Washington, DC, officers from the Metropolitan Police Department heard the sounds of gunshots. While responding to the area, a dispatch was given for gunshots fired inside 2674 Martin Luther King Jr., Avenue, S.E. Dispatch Officers entered the opened door to 2674 and immediately stopped the defendant Lionel Jackson inside the residence. The defendant's wife told officers, the defendant had entered the house and began banging on the wall. She then heard at least one gunshot inside the home, and several others outside the home. The defendant was placed under arrest after the officers located a bullet hole in a wall inside the residence. During a post arrest/post rights interview with detectives, the defendant admitted that he had a .38 caliber revolver and that he fired a shot into the wall. He also stated he had thrown the gun away. To the best of the undersigned officer's knowledge, defendant Lionel Jackson, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in U.S. District Court for the District of Columbia Criminal Case No. 05-CR-130. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no .38 caliber revolvers nor .38 caliber ammunition manufactured in the District of Columbia.

_____
OFFICER KEVIN BERGERON
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF FEBRUARY, 2019.

_____
U.S. MAGISTRATE JUDGE